Argued and submitted December 10, 1990, reversed and remanded for reconsideration June 19, 1991

In the Matter of the Compensation of
Roy E. Hubbard, Claimant.

ROSEBURG FOREST PRODUCTS,
*Petitioner,*

*v.*

Roy E. HUBBARD,
*Respondent.*

(88-10506; CA A64700)

812 P2d 855

Thomas M. Sheridan, Portland, argued the cause for petitioner. With him on the brief was Davis & Bostwick, Portland.

Malcolm J. Corrigall, Coos Bay, argued the cause for respondent. With him on the brief was Ormsbee & Corrigall, Coos Bay.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991), and *Liberty Northwest Ins. Corp. v. Damm,* 107 Or App 764, 812 P2d 854 (1991).